796 A.2d 694

**ATTORNEY GRIEVANCE COMMISSION
of Maryland, Petitioner,**

v.

**Gerald H. PARSHALL, Jr., Respondent.**

**No. 62 Sept.Term 2001.**

Court of Appeals of Maryland.

April 10, 2002.

ELDRIDGE, J.

## ORDER

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Gerald H. Parshall, it is this 10th day of April, 2002,

ORDERED by the Court of Appeals of Maryland that Gerald H. Parshall is hereby reprimanded for violating the Maryland Rules of Professional Conduct as set forth in the joint petition.